A CERTIFIED TRUE COPY
ATTEST
By Tarrell L. Littleton on Feb 03, 2010

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 19, 2010**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE: AETNA, INC., OUT-OF-NETWORK
"UCR" RATES LITIGATION
   Alan John Silver, et al. v. Aetna Health Inc. PA, Corp., et al.,
   N.D. California, C.A. No. 3:10-143                           MDL No. 2020

### CONDITIONAL TRANSFER ORDER (CTO-4)

On April 8, 2009, the Panel transferred one civil action to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 609 F.Supp.2d 1370 (J.P.M.L. 2009). Since that time, three additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Faith S. Hochberg.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hochberg.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 8, 2009, and, with the consent of that court, assigned to the Honorable Faith S. Hochberg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 03, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST.
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By _____ Deputy Clerk

| | | |
|---|---|---|
| William T. Walsh<br>Clerk | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419<br><br>(973) 645-4555 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

District Court for the Northern District of California

Phillip Burton United States
Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434
Attention: Clerk of Court

Date: February 4, 2010

Re: **MDL 2020 – In Re: Aetna, Inc., Out of Network "UCR" Rates Litigation**
Northern District of California C.A. No. 3:10-143
Alan John Silver v. Aetna Health Inc. PA, Corp., et al.
District of N.J. No. Unassigned Pending Case Extraction

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled actions presently pending in your Court to the District of New Jersey and assigned to the Honorable Faith S. Hochberg, USDC, for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

If your court is currently on CM/ECF Version 3.0 or higher, you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please contact myself at 973-645-4582, or John Icklan at 973-645-4555. Please return a copy of this letter when transmitting your files and certified copies of the docket sheets.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: Jacquie Lambiase, Deputy Clerk

Enc.

cc: Jeffery N. Luthi
Clerk, Judicial Panel on Multidistrict Litigation