UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION, | Master File No. 07-3541 (KSH)(CLW) <br> MDL NO. 2020 |
| This Document Relates To: ALL CASES | **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and among the parties and their counsel as follows:

1. <u>Civil Action No. 07-3541/MDL Master Docket</u>. Each of the named plaintiffs joining in the Fourth Joint Consolidated Amended Class Action Complaint for MDL 2020 (Michele Cooper, Michele Werner, Paul Smith, Sharon Smith, Carolyn Samit, John Seney, Alan John Silver, Mary Ellen Silver, Jeffrey M. Weintraub, Frank G. Tonrey, M.D., and Carmen M. Kavali, M.D.), dismisses all of his or her respective claims, and this case, with prejudice, with all parties bearing their own costs. In addition, for avoidance of doubt, to the extent these plaintiffs ever asserted or had any claims in any other case that was consolidated into or otherwise a part of MDL 2020 which were not previously dismissed with prejudice, they also dismiss these other claims with prejudice, with all parties bearing their own costs.

2. <u>Civil Action No. 09-468</u>. John Seney, the sole plaintiff in Civil Action No. 09-468, hereby dismisses his claims, and that case, with prejudice, all parties bearing their own costs. In addition, for avoidance of doubt, to the extent Mr. Seney ever asserted or had any claims in any other case that was consolidated into or otherwise a part of MDL 2020 which were not previously dismissed with prejudice, he also dismisses these other claims with prejudice, with all parties bearing their own costs.

3. <u>Civil Action No. 09-1577</u>. Kathy Tisko, P.T., the sole plaintiff in Civil Action No. 09-1577, hereby dismisses her claims, and that case, with prejudice, all parties bearing their

own costs. In addition, to the extent Ms. Tisko ever asserted or had any claims in any other case that was consolidated into or otherwise a part of MDL 2020 which were not previously dismissed with prejudice, she also dismisses those other claims with prejudice, with all parties bearing their own costs.

4. <u>Civil Action No. 09-2027</u>. Jeffrey M. Weintraub, the sole plaintiff in Civil Action No. 09-2027, hereby dismisses his claims, and that case, with prejudice, all parties bearing their own costs. In addition, to the extent Mr. Weintraub ever asserted or had any claims in any other case that was consolidated into or otherwise a part of MDL 2020 which were not previously dismissed with prejudice, he also dismisses those other claims with prejudice, with all parties bearing their own costs.

5. <u>Civil Action No. 09-3972</u>. North Peninsula Surgical Center, L.P., the sole plaintiff in Civil Action No. 09-3972, hereby dismisses its claims, and that case, with prejudice, all parties shall bearing their own costs. In addition, to the extent North Peninsula ever asserted or had any claims in any other case that was consolidated into or otherwise a part of MDL 2020, it also dismisses those other claims with prejudice, with all parties bearing their own costs.

6. <u>Civil Action No. 10-721</u>. Alan John Silver and Mary Ellen Silver, the sole plaintiffs in Civil Action No. 10-721, hereby dismiss their claims, and that case, with prejudice, all parties shall bearing their own costs. In addition, to the extent Alan John Silver or Mary Ellen Silver ever asserted or had any claims in any other case that was consolidated into or otherwise a part of MDL 2020, they also dismisses those other claims with prejudice, with all parties bearing their own costs.

7. The foregoing does not resolve any claims in Civil Action Nos. 10-636, 11-3196, and 11-3203.

8. Defendants consent to and join in each of the above dismissals.

DATED: October 22, 2018

| | |
|---|---|
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br>*Attorneys for Plaintiffs*<br>JOHN SENEY, ALAN JOHN SILVER, MARY ELLEN SILVER, FRANK G. TONREY, M.D., CARMEN M. KAVALI, M.D., NORTH PENINSULA SURGICAL CENTER, L.P. | CONNELL FOLEY LLP<br>*Attorneys for Defendants*<br><br>By:   /s/ Patricia A. Lee<br>      PATRICIA A. LEE |
| By:   /s/ James E. Cecchi<br>      JAMES E. CECCHI | **Pursuant to the foregoing stipulation, the Clerk of the Court is directed to close Civil Action Nos. 09-468, 09-1577, 09-2027, 09-3972, and 10-721.** |
| SCOTT + SCOTT, Attorneys at Law LLP<br>*Attorneys for Plaintiff*<br>JEFFREY M. WEINTRAUB | |
| By:   /s/ Joseph P. Guglielmo<br>      JOSEPH P. GUGLIELMO | **SO ORDERED.**<br>**November 2, 2018** |
| EPSTEIN P.C.<br>*Attorneys for Plaintiffs*<br>MICHELE COOPER, MICHELE WERNER, PAUL AND SHARON SMITH and CAROLYN SAMIT | *[signature]* |
| By:   /s/ Roy A. Epstein<br>      ROY A. EPSTEIN | |
| LITE DEPALMA GREENBERG, LLC<br>*Attorneys for Plaintiff*<br>KATHY TISKO, P.T. | |
| By:   /s/ Bruce D. Greenberg<br>      BRUCE D. GREENBERG | |